USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2026

MEMO ENDORSED

RAS
ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
LAW OFFICES

Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

James Robertson, Esquire
(1943 – 2019)
Everett Anschutz, Esquire
(1942 - 2025)
David J. Schneid, Esquire
Member of Florida Bar
John T. Crane, Esquire
Member of Texas Bar

VIA CM/ECF

October 5, 2026

Honorable Nelson Stephen Roman
United States District Court, Southern District of New York
The Hon. Charles L. Brieant, Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: Onity Mortgage Corporation f/k/a PHH Mortgage Corporation v. Michael Bozenski, Kristen Pignatelli, et al.
Case #: 7:26-cv-05908-NSR
Our File #: 26-419646

Dear Judge Roman:

Please be reminded that this office represents the Plaintiff in the above-referenced mortgage foreclosure action.

Please allow this letter to serve as Plaintiff's letter motion to remove defendant Michael Bozenski from the subject proceeding.

It has come to Plaintiff's attention that Michael Bozenski passed as of June 21, 2025. Plaintiff annexes a copy of an obituary confirming Michael Bozenski's passing.

Mr. Bozenski deeded title to the subject property located at 22 Edgewood Drive, Rhinebeck, New York 12572 to defendant Kristen Pignatellli subject to a life estate, on April 30, 2025. Please find a copy of recorded deed annexed hereto. Mr. Bozenski no longer possessed an ownership interest in the property at the time of his demise.

As Plaintiff has decided to waive its right to seek a deficiency against Mr. Bozenski's estate, Michael Bozenski is no longer a necessary party, as defined by RPAPL §1311, to the subject mortgage foreclosure action. That being the case, Plaintiff respectfully requests that the Court please remove Michael Bozenski from the subject case, and allow the foreclosure to proceed against the remaining defendants.

Plaintiff thanks the Court for considering Plaintiff's application.

Thank you for Your Honor's time and consideration herein.

Respectfully submitted,

Eric S. Sheidlower, Esq.

To:

Estate of Michael Bozenski
22 Edgewood Drive
Rhinebeck, N.Y. 12572

Kristen Pignetti
22 Edgewood Drive
Rhinebeck, N.Y. 12572

**Plaintiffs are directed to file a stipulation of voluntary dismissal no later than October October 14, 2026.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 11.**

**Dated: October 7, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE